Alycia H. Johnson

**From:** Edward A. Pennington
**Sent:** Tuesday, July 31, 2012 8:44 AM
**To:** Alycia H. Johnson
**Subject:** FW: SINLAB

**REDACTED**

Please change as requested, so client is Gunn,

---

**From:** Sean Sheppard [mailto:sean@jscottgunn.com]
**Sent:** Tuesday, July 31, 2012 8:09 AM
**To:** Edward A. Pennington
**Subject:** RE: SINLAB

Ed:

Thanks for the email and the engagement letter.

Can you also please change the references to the client and make the agreement in paragraph 9 to include simply the firm and not the client? Also, in the signature portion of the contract, please have Scott signing for the firm. However, from a contractual perspective and obligation to pay invoices, etc., J. Scott Gunn, P.A. is the responsible party.

Other than those changes, we are ready to sign the engagement.

Thanks

Sean

---

**From:** Edward A. Pennington [mailto:eap@murphyking.com]
**Sent:** Monday, July 30, 2012 1:42 PM
**To:** Sean Sheppard
**Subject:** SINLAB

Sean, here is the engagement letter for the two Sinlab cases.

Ed


EXHIBIT A

This e-mail message and any attachments are confidential and may be privileged. If you are not the intended recipient please notify Murphy & King, P.C. immediately -- by replying to this message or by sending a message to postmaster@murphyking.com -- and destroy all copies of this message and any attachments. Thank you. For more information about Murphy & King, P.C., please visit us at http://www.murphyking.com Pursuant to IRS Circular 230, please be advised that, to the extent this communication (and any attachments) contains any tax advice, it is not intended to be, and cannot be used, for purposes of avoiding penalties under the Internal Revenue Code.