# MK  Murphy&King

EDWARD A. PENNINGTON
(202) 403-2101
eap@murphyking.com

July 31, 2012

**VIA E-MAIL**

J. Scott Gunn, Esq.
J. Scott Gunn, P.A.
100 Southeast Third Avenue
Suite 2500
One Financial Plaza
Fort Lauderdale, FL 33394

Re:   **Technique D'Usinage Sinlab, Inc. Declaratory Judgment Actions**

Dear Mr. Gunn:

Thank you for the confidence you have shown in our firm and its lawyers by selecting us to serve as co-counsel in representing you in connection with *Biohorizons Implant Systems, Inc. v. Technique D'Usinage Sinlab, Inc.*, Civil Action No. 1:12-cv-00717 (LMB/TCB) (E.D. Va.) and *Nobel Biocare USA, LLC v. Technique D'Usinage Sinlab, Inc.*, Civil Action No. 1:12-cv-00730 (LO/JFA) (E.D. Va.). We look forward to working closely with you as we proceed with these matters.

The purpose of this letter is to communicate the terms on which we will be performing services for you. Please review this letter carefully and advise us if you have any questions or comments. We suggest that you retain a duplicate copy of this letter in your files.

1. <u>Communication Between the Parties</u>. We will keep you informed as to the progress of the legal matters for which we have been retained and will seek your views as to how you would like to proceed. Open communication is essential to our professional relationship. If you have any questions about the legal services performed, the disbursements made on your behalf, internal costs, or the total amount of your bill, please contact me immediately.

2. <u>Scope of our Work</u>. We will represent you in connection with the above-referenced matters and will take all appropriate steps to meet its needs and protect its interests in that matter. We understand that our role, at least in the beginning, will be to serve as local counsel in these matters and you will be lead counsel.

---

| Professional Corporation | One Beacon Street | 1055 Thomas Jefferson Street, N.W. | 1359 Broadway |
| --- | --- | --- | --- |
| Counsellors at Law | 21st Floor | Suite 400 | Suite 2001 |
| | Boston, MA 02108-3107 | Washington, DC 20007-5211 | New York, NY 10018-7833 |
| www.murphyking.com | Tel: 617-423-0400 | Tel: 202-403-2100 | Tel: 212-631-0223 |
| | Fax: 617-423-0498 | | Fax: 212-624-0223 |


EXHIBIT B

**MK | Murphy&King**

J. Scott Gunn
July 31, 2012
Page 2 of 4

Please communicate often with us in order to ensure that your needs are met. Any expressions on our part concerning the outcome of legal matters are expressions of our best professional judgments but are not guarantees.

3. <u>Service Providers</u>. I will have supervisory responsibility for this matter. It is our general policy to assign a particular portion of a matter to the person in the firm who can perform that service, under appropriate supervision, most efficiently and at the least expense to you.

4. <u>Billing Rates and Fees</u>. Murphy & King usually charges clients for legal matters at established billing rates for each attorney and legal assistant. These billing rates are reviewed periodically and usually change once during a calendar year, either on January 1 or May 1. At this time, the hourly rates for our attorneys range from $160.00 to $600.00, and the hourly rates for our legal assistants is $125.00. My hourly rate in this matter will be $600.00.

We will keep accurate records of the time we devote to the above-referenced matters, including time spent in meetings and telephone conferences with you, witnesses, opposing counsel and others; negotiations; closings; court appearances; investigation and analysis of facts; legal research and analysis; pretrial discovery; document preparation and revision; correspondence; travel and other appropriate matters. We record our time in tenth of an hour units.

We are often asked to estimate the amount of fees and costs likely to be incurred in connection with a particular matter. Whenever possible, we will furnish such an estimate based upon our professional judgment, but always with a clear understanding that, unless otherwise specified in writing, a budget or estimate is not a quotation of a maximum or fixed fee. The actual total amount of fees and costs is frequently greater than the total amount estimated initially, and sometimes is less.

5. <u>Out-Of-Pocket Expenses</u>. We typically incur and pay on behalf of our clients a variety of out-of-pocket expenses. These include items such as long-distance telephone calls, airline tickets, facsimile transmissions, computer searches and legal research, delivery services, photocopying and outside service providers, such as court reporters and private investigators, as needed. We generally will not specifically bill for overhead such as regular secretarial services, file clerks, word processing and local telephone services. On occasion, we may ask you to pay expenses directly to an outside service provider. We incur outside costs as agents for our client and incur internal expenses on its behalf. You agree that these costs will always be paid on a regular basis.

**MK | Murphy&King**

J. Scott Gunn
July 31, 2012
Page 3 of 4

6. <u>Advanced Payment Retainer</u>. As previously discussed, we request a retainer of $5,000.00 as advance payment of fees and expenses. The retainer will be deposited in the firm's Client Fund account and applied monthly to accrued fees and expenses. The original retainer amount, its application against fees and expense and the retainer balance, if any, will be shown on each monthly statement until the retainer has been fully utilized. Any retainer balance remaining after the termination of our services and the payment of all fees and expenses will be returned to you.

7. <u>Termination of Professional Relationship</u>. You may terminate our representation at any time, with or without cause, by notifying us. If such termination occurs, we will return your papers promptly to you. However, unless special arrangements are made, our own internal files and work product pertaining to this matter remain the firm's property and will be retained by us.

Once notice is given, we will not perform any additional services for you or incur additional out-of-pocket expenses on your behalf except for such services and expenses as are necessary to bring about an orderly transition of the matter to you. You agree that you and will pay promptly such fees and costs thereby incurred or otherwise outstanding.

Our ability to withdraw from this lawsuit may be subject to approval from the appropriate tribunal or court.

8. <u>File and Data Retention</u>. Upon completion of our services on a particular matter, we will return to you upon request any documents, material or evidence which you have supplied to us. We store our files for ten years from the date of completion of a matter. Pursuant to our document destruction policy, after the expiration of ten years we shred such files unless we have a written agreement with you or you have approved a written settlement agreement with an opposing party that provides for some other alternative treatment. We reserve the right to dispose of data or other communications transmitted to us electronically after 90 days of transmittal.

9. <u>Billing Arrangements and Terms of Payment</u>. We will bill you on a monthly basis for both fees and costs. Payment shall be made by you upon receipt of the bill. If you are unable to pay the full amount owed, please contact me or Kathy Regan in our Accounting Department immediately so that other financial arrangements can be made.

**MK | Murphy&King**

J. Scott Gunn
July 31, 2012
Page 4 of 4

10. <u>Acceptance</u>. If these terms meet with your approval, please sign this letter in the space provided below and return it to me with the retainer check payable to Murphy & King, Professional Corporation, in the amount of $5,000.00.

Sincerely,

MURPHY & KING
PROFESSIONAL CORPORATION

By: _____
Edward A. Pennington

ACCEPTED:

J. Scott Gunn, P.A.

By: _____

July _____, 2012